PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE RAIMON DEYON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-01532-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(Doc. 19) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 12, 2021 to December 13, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel needs additional time due to his current workload, including 16 district court briefs due over the next 30 days, five of which are due on November 12.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before December 13, 2021;
- Plaintiff's optional reply will be due within 21 days of the filing of Defendant's brief (on or before January 3, 2022).

Respectfully submitted,

Dated: October 22, 2021   */s/ Stuart Barasch\**
(*as authorized via e-mail on  10/21/22)
STUART BARASCH
Attorney for Plaintiff

Dated:  October 22, 2021   PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' above stipulation (Doc. 19), and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including December 13, 2021, to file her response to Plaintiff's Motion for Summary Judgment.[2]  All other dates in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 25, 2021**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[2] Likely due to a scrivener's error, the stipulation requests a deadline of December 13, 2022, rather than 2021, for Defendant to file her response to Plaintiff's Motion for Summary Judgment.  (*See* Doc. 19 at 1.)